IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50280
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH RUSSELL JUDD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-98-CR-93-1
- - - - - - - - - -

May 12, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[1]

Keith Russell Judd appeals from the district court's order denying release pending his trial on a two-count indictment charging him with mailing threatening communications in an attempt to extort money, in violation of 18 U.S.C. § 876.

The district court's decision, which effectively adopted the reasoning of the magistrate judge who conducted the detention hearing, is supported by evidence that indicates that no condition or combination of conditions could be fashioned to safeguard the

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

community and prevent the obstruction of justice.  <u>See</u> 18 U.S.C. § 3142; <u>United States v. Rueben</u>, 974 F.2d 580, 586 (5th Cir. 1992). Accordingly, the district court's detention order is AFFIRMED.  All outstanding motions filed by Judd are DENIED.

AFFIRMED; MOTIONS DENIED.